```
                          I N V O I C E

                VISTA FOOD EXCHANGE, INC. D.B.A. DEAL CITY
                                                          0112020      1710594
                         (718) 542-4401 FAX (718) 542-0042
 DIVISION:17              PLEASE REMIT TO:                PAGE       1
 WAREHOUSE: 1             B-101 CENTER ARCADE
                          HUNTS POINT CO-OP MARKET        INVOICE NO:
    ACCOUNT#- 1-12020         BRONX, NY 10474             1710594
 **FAX 1-419-617-7198
        S O L D - T O                       S H I P - T O

   B.C. & G. WEITHMAN                        .
   CONSTRUCTION CO. INC.
   2171 E. MANSFIELD ST.
   BUCYRUS              OH 44820
```

| INVOICE-DATE | OUR-ORD# | YOUR-ORD# | SALESPERS# | TERMS | SHIPPED-VIA |
|---|---|---|---|---|---|
| 5/25/11 | 358270 | | 017 | COD/CASH | VISTA FOODS |

| QTY | UM | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | JAFCM | | | |
| 110 | BX | CHEESE CUP MEAL | 110.00 | 63.3600 | 6,969.60 |

```
   110  <--TOTAL CASES      TOTAL WEIGHT-->      110.00   SUBTOT->      6,969.60

 ** PLEASE PAY FROM INVOICE - NO STATEMENT ISSUED **       FREIGHT->          .00
 YOU HEREBY AGREE TO BE BOUND BY THE LAWS OF THE
 STATE OF NEW YORK. ALL DISPUTES ARE SUBJECT TO  ** PAY THIS AMOUNT->   6,969.60
 ARBITRATION BEFORE THE A.A.A. IN NEW YORK CITY.  **END
 IF YOU WOULD LIKE TO RECEIVE INVOICES BY EMAIL, PLEASE SEND YOUR COMPANY NAME &
 EMAIL ADDRESS TO: POSTMASTER@VISTAFOOD.COM OR CALL EDDIE @ 718-542-4401 EXT 22.
 ALL ITEMS ARE THE PRODUCT OF THE USA, CANADA & MEXICO UNLESS OTHERWISE STATED.
```

```
                              I N V O I C E

                 VISTA FOOD EXCHANGE, INC. D.B.A. DEAL CITY
                                                           0112020      1710610
                         (718) 542-4401 FAX (718) 542-0042
  DIVISION:17                   PLEASE REMIT TO:                       PAGE   1
  WAREHOUSE: 1                  B-101 CENTER ARCADE
                              HUNTS POINT CO-OP MARKET              INVOICE NO:
     ACCOUNT#- 1-12020             BRONX, NY 10474                    1710610
  **FAX 1-419-617-7198
        S  O  L  D  -  T  O                    S  H  I  P  -  T  O

    B.C. & G. WEITHMAN                         .
    CONSTRUCTION CO. INC.
    2171 E. MANSFIELD ST.
    BUCYRUS              OH 44820

  INVOICE-DATE OUR-ORD#   YOUR-ORD#  SALESPERS#   TERMS       SHIPPED-VIA
     5/25/11        .                   017      COD/CASH     VISTA FOODS

    QTY UM     DESCRIPTION                 WEIGHT       PRICE         AMOUNT
                  JAFTS
     10 BX    TURKEY STICKS                 10.00      170.0000      1,700.00
                  JAFCST
      6 BX    CHICKEN STICKS MEAL            6.00      210.0000      1,260.00
                  JAFCST
     13 BX    CHICKEN STICKS MEAL           13.00      195.0000      2,535.00
                  JAFTS
      6 BX    TURKEY STICKS                  6.00      200.0000      1,200.00
                  JAFCST
      6 BX    CHICKEN STICKS MEAL            6.00      200.0000      1,200.00




     41   <--TOTAL CASES      TOTAL WEIGHT-->      41.00  SUBTOT->    7,895.00

  ** PLEASE PAY FROM INVOICE - NO STATEMENT ISSUED **     FREIGHT->        .00
  YOU HEREBY AGREE TO BE BOUND BY THE LAWS OF THE
  STATE OF NEW YORK. ALL DISPUTES ARE SUBJECT TO  ** PAY THIS AMOUNT->  7,895.00
  ARBITRATION BEFORE THE A.A.A. IN NEW YORK CITY.  **END
  IF YOU WOULD LIKE TO RECEIVE INVOICES BY EMAIL, PLEASE SEND YOUR COMPANY NAME &
  EMAIL ADDRESS TO: POSTMASTER@VISTAFOOD.COM OR CALL EDDIE @ 718-542-4401 EXT 22.
  ALL ITEMS ARE THE PRODUCT OF THE USA, CANADA & MEXICO UNLESS OTHERWISE STATED.
```

# I N V O I C E

VISTA FOOD EXCHANGE, INC. D.B.A. DEAL CITY

(718) 542-4401 FAX (718) 542-0042

PLEASE REMIT TO:
B-101 CENTER ARCADE
HUNTS POINT CO-OP MARKET
BRONX, NY 10474

0112020    1710611

DIVISION: 17
WAREHOUSE: 1
ACCOUNT#- 1-12020
**FAX 1-419-617-7198

PAGE  1

INVOICE NO:
1710611

S O L D - T O

B.C. & G. WEITHMAN
CONSTRUCTION CO. INC.
2171 E. MANSFIELD ST.
BUCYRUS          OH 44820

S H I P - T O

| INVOICE-DATE | OUR-ORD# | YOUR-ORD# | SALESPERS# | TERMS | SHIPPED-VIA |
|---|---|---|---|---|---|
| 5/25/11 | . | | 017 | COD/CASH | VISTA FOODS |

| QTY | UM | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | SMPSAT | | | |
| 96 | BX | STRAWBERRY APPLE TWIST | 96.00 | 24.0000 | 2,304.00 |
| | | SMPRGT | | | |
| 96 | BX | RASPBERRY GRAPE TWIST | 96.00 | 24.0000 | 2,304.00 |
| | | SMPWC | | | |
| 21 | BX | WILD CHERRY | 21.00 | 24.0000 | 504.00 |

213  <--TOTAL CASES    TOTAL WEIGHT-->    213.00   SUBTOT->   5,112.00

** PLEASE PAY FROM INVOICE - NO STATEMENT ISSUED **     FREIGHT->        .00
YOU HEREBY AGREE TO BE BOUND BY THE LAWS OF THE
STATE OF NEW YORK. ALL DISPUTES ARE SUBJECT TO  ** PAY THIS AMOUNT->  5,112.00
ARBITRATION BEFORE THE A.A.A. IN NEW YORK CITY.   **END
IF YOU WOULD LIKE TO RECEIVE INVOICES BY EMAIL, PLEASE SEND YOUR COMPANY NAME &
EMAIL ADDRESS TO: POSTMASTER@VISTAFOOD.COM OR CALL EDDIE @ 718-542-4401 EXT 22.
ALL ITEMS ARE THE PRODUCT OF THE USA, CANADA & MEXICO UNLESS OTHERWISE STATED.

```
                        I N V O I C E

              VISTA FOOD EXCHANGE, INC. D.B.A. DEAL CITY
                                                          0112020       1710618
                       (718) 542-4401 FAX (718) 542-0042
DIVISION:17                  PLEASE REMIT TO:                   PAGE    1
WAREHOUSE: 1                 B-101 CENTER ARCADE
                           HUNTS POINT CO-OP MARKET             INVOICE NO:
    ACCOUNT#- 1-12020          BRONX, NY 10474                  1710618
 **FAX 1-419-617-7198
       S O L D - T O                        S H I P - T O

   B.C. & G. WEITHMAN
   CONSTRUCTION CO. INC.
   2171 E. MANSFIELD ST.
   BUCYRUS                      OH 44820
```

| INVOICE-DATE | OUR-ORD# | YOUR-ORD# | SALESPERS# | TERMS | SHIPPED-VIA |
|---|---|---|---|---|---|
| 5/25/11 | . | | 017 | COD/CASH | VISTA FOODS |

| QTY | UM | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | SUNKN | | | |
| 79 | BX | SUNFLOWER KERNELS | 79.00 | 34.5000 | 2,725.50 |

```
      79  <--TOTAL CASES     TOTAL WEIGHT-->     79.00   SUBTOT->    2,725.50

** PLEASE PAY FROM INVOICE - NO STATEMENT ISSUED **        FREIGHT->       .00
YOU HEREBY AGREE TO BE BOUND BY THE LAWS OF THE
STATE OF NEW YORK. ALL DISPUTES ARE SUBJECT TO   ** PAY THIS AMOUNT->  2,725.50
ARBITRATION BEFORE THE A.A.A. IN NEW YORK CITY.  **END
IF YOU WOULD LIKE TO RECEIVE INVOICES BY EMAIL, PLEASE SEND YOUR COMPANY NAME &
EMAIL ADDRESS TO: POSTMASTER@VISTAFOOD.COM OR CALL EDDIE @ 718-542-4401 EXT 22.
ALL ITEMS ARE THE PRODUCT OF THE USA, CANADA & MEXICO UNLESS OTHERWISE STATED.
```

# I N V O I C E

VISTA FOOD EXCHANGE, INC. D.B.A. DEAL CITY
(718) 542-4401 FAX (718) 542-0042
PLEASE REMIT TO:
B-101 CENTER ARCADE
HUNTS POINT CO-OP MARKET
BRONX, NY 10474

0112020    1710619

PAGE    1

INVOICE NO:
1710619

DIVISION:17
WAREHOUSE: 1

ACCOUNT#- 1-12020
**FAX 1-419-617-7198

S O L D - T O                                                S H I P - T O

B.C. & G. WEITHMAN
CONSTRUCTION CO. INC.
2171 E. MANSFIELD ST.
BUCYRUS                OH 44820

| INVOICE-DATE | OUR-ORD# | YOUR-ORD# | SALESPERS# | TERMS | SHIPPED-VIA |
|---|---|---|---|---|---|
| 5/25/11 | . | | 017 | COD/CASH | VISTA FOODS |

| QTY | UM | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | JSBCCR | | | |
| 51 | BX | COCO ROOS YELLOW CHEDDAR | 51.00 | 28.0000 | 1,428.00 |

          51   <--TOTAL CASES      TOTAL WEIGHT-->        51.00  SUBTOT->     1,428.00

** PLEASE PAY FROM INVOICE - NO STATEMENT ISSUED **          FREIGHT->           .00
YOU HEREBY AGREE TO BE BOUND BY THE LAWS OF THE
STATE OF NEW YORK. ALL DISPUTES ARE SUBJECT TO    ** PAY THIS AMOUNT->     1,428.00
ARBITRATION BEFORE THE A.A.A. IN NEW YORK CITY.  **END
IF YOU WOULD LIKE TO RECEIVE INVOICES BY EMAIL, PLEASE SEND YOUR COMPANY NAME &
EMAIL ADDRESS TO: POSTMASTER@VISTAFOOD.COM OR CALL EDDIE @ 718-542-4401 EXT 22.
ALL ITEMS ARE THE PRODUCT OF THE USA, CANADA & MEXICO UNLESS OTHERWISE STATED.

# I N V O I C E

VISTA FOOD EXCHANGE, INC. D.B.A. DEAL CITY

(718) 542-4401 FAX (718) 542-0042

PLEASE REMIT TO:
B-101 CENTER ARCADE
HUNTS POINT CO-OP MARKET
BRONX, NY 10474

DIVISION: 17
WAREHOUSE: 1

ACCOUNT#- 1-12020
**FAX 1-419-617-7198

0112020    1710621

PAGE    1

INVOICE NO:
1710621

S O L D - T O

B.C. & G. WEITHMAN
CONSTRUCTION CO. INC.
2171 E. MANSFIELD ST.
BUCYRUS            OH 44820

S H I P - T O

| INVOICE-DATE | OUR-ORD# | YOUR-ORD# | SALESPERS# | TERMS | SHIPPED-VIA |
|---|---|---|---|---|---|
| 5/25/11 | . | | 017 | COD/CASH | VISTA FOODS |

| QTY | UM | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | JAFTS | | | |
| 7 | BX | TURKEY STICKS | 7.00 | 170.0000 | 1,190.00 |
| | | JAFCST | | | |
| 2 | BX | CHICKEN STICKS MEAL | 2.00 | 177.5000 | 355.00 |
| | | JAFCST | | | |
| 2 | BX | CHICKEN STICKS MEAL | 2.00 | 170.0000 | 340.00 |

11  <--TOTAL CASES     TOTAL WEIGHT-->     11.00   SUBTOT->    1,885.00

** PLEASE PAY FROM INVOICE - NO STATEMENT ISSUED **     FREIGHT->        .00
YOU HEREBY AGREE TO BE BOUND BY THE LAWS OF THE
STATE OF NEW YORK. ALL DISPUTES ARE SUBJECT TO  ** PAY THIS AMOUNT->  1,885.00
ARBITRATION BEFORE THE A.A.A. IN NEW YORK CITY.   **END
IF YOU WOULD LIKE TO RECEIVE INVOICES BY EMAIL, PLEASE SEND YOUR COMPANY NAME &
EMAIL ADDRESS TO: POSTMASTER@VISTAFOOD.COM OR CALL EDDIE @ 718-542-4401 EXT 22.
ALL ITEMS ARE THE PRODUCT OF THE USA, CANADA & MEXICO UNLESS OTHERWISE STATED.

# I N V O I C E

VISTA FOOD EXCHANGE, INC. D.B.A. DEAL CITY

(718) 542-4401 FAX (718) 542-0042

PLEASE REMIT TO:
B-101 CENTER ARCADE
HUNTS POINT CO-OP MARKET
BRONX, NY 10474

0112020   1710622

PAGE   1

INVOICE NO:
1710622

DIVISION:17
WAREHOUSE: 1
ACCOUNT#- 1-12020
**FAX 1-419-617-7198

S O L D - T O

B.C. & G. WEITHMAN
CONSTRUCTION CO. INC.
2171 E. MANSFIELD ST.
BUCYRUS            OH 44820

S H I P - T O

SUTTER
1015 WEST BETHANY
SYCAMORE, ILLINO    00000

| INVOICE-DATE | OUR-ORD# | YOUR-ORD# | SALESPERS# | TERMS | SHIPPED-VIA |
|---|---|---|---|---|---|
| 5/25/11 | . | | 017 | COD/CASH | VISTA FOODS |

| QTY | UM | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | CRBCH | | | |
| 22 | BX | CRANBERRY CHICKEN SALAD | 22.00 | 27.9800 | 615.56 |

22  <--TOTAL CASES     TOTAL WEIGHT-->        22.00   SUBTOT->     615.56

** PLEASE PAY FROM INVOICE - NO STATEMENT ISSUED **       FREIGHT->        .00
YOU HEREBY AGREE TO BE BOUND BY THE LAWS OF THE
STATE OF NEW YORK. ALL DISPUTES ARE SUBJECT TO   ** PAY THIS AMOUNT->   615.56
ARBITRATION BEFORE THE A.A.A. IN NEW YORK CITY.   **END
IF YOU WOULD LIKE TO RECEIVE INVOICES BY EMAIL, PLEASE SEND YOUR COMPANY NAME &
EMAIL ADDRESS TO: POSTMASTER@VISTAFOOD.COM OR CALL EDDIE @ 718-542-4401 EXT 22.
ALL ITEMS ARE THE PRODUCT OF THE USA, CANADA & MEXICO UNLESS OTHERWISE STATED.

```
                        I N V O I C E
              VISTA FOOD EXCHANGE, INC. D.B.A. DEAL CITY
                                                          0112020      1710623
                      (718) 542-4401  FAX (718) 542-0042
DIVISION:17               PLEASE REMIT TO:                PAGE    1
WAREHOUSE: 1              B-101 CENTER ARCADE
                       HUNTS POINT CO-OP MARKET           INVOICE NO:
    ACCOUNT#- 1-12020       BRONX, NY 10474               1710623
**FAX 1-419-617-7198
      S O L D - T O                   S H I P - T O

    B.C. & G. WEITHMAN                       .
    CONSTRUCTION CO. INC.
    2171 E. MANSFIELD ST.
    BUCYRUS               OH 44820
```

| INVOICE-DATE | OUR-ORD# | YOUR-ORD# | SALESPERS# | TERMS | SHIPPED-VIA |
|---|---|---|---|---|---|
| 5/25/11 | . | | 017 | COD/CASH | VISTA FOODS |

| QTY | UM | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | DELRA | | | |
| 20 | BX | PACKAGE RAISINS | 20.00 | 35.0000 | 700.00 |
| | | DELRA | | | |
| 70 | BX | PACKAGE RAISINS | 70.00 | 25.3400 | 1,773.80 |
| | | CSPMISC | | | |
| 1 | BX | MISC PALLET CHARGE | 1.00 | 7.5000 | 7.50 |

```
     91  <--TOTAL CASES     TOTAL WEIGHT-->     91.00   SUBTOT->    2,481.30

** PLEASE PAY FROM INVOICE - NO STATEMENT ISSUED **       FREIGHT->      .00
YOU HEREBY AGREE TO BE BOUND BY THE LAWS OF THE
STATE OF NEW YORK. ALL DISPUTES ARE SUBJECT TO     ** PAY THIS AMOUNT->  2,481.30
ARBITRATION BEFORE THE A.A.A. IN NEW YORK CITY.   **END
IF YOU WOULD LIKE TO RECEIVE INVOICES BY EMAIL, PLEASE SEND YOUR COMPANY NAME &
EMAIL ADDRESS TO: POSTMASTER@VISTAFOOD.COM OR CALL EDDIE @ 718-542-4401 EXT 22.
ALL ITEMS ARE THE PRODUCT OF THE USA, CANADA & MEXICO UNLESS OTHERWISE STATED.
```

I N V O I C E

VISTA FOOD EXCHANGE, INC. D.B.A. DEAL CITY
                                                          0112020      1710624
                     (718) 542-4401 FAX (718) 542-0042
DIVISION:17                  PLEASE REMIT TO:                PAGE    1
WAREHOUSE: 1                 B-101 CENTER ARCADE
                          HUNTS POINT CO-OP MARKET        INVOICE NO:
    ACCOUNT#- 1-12020         BRONX, NY 10474               1710624
**FAX 1-419-617-7198
       S O L D - T O                    S H I P - T O

B.C. & G. WEITHMAN                       .
CONSTRUCTION CO. INC.
2171 E. MANSFIELD ST.
BUCYRUS                OH 44820

INVOICE-DATE  OUR-ORD#  YOUR-ORD#  SALESPERS#   TERMS       SHIPPED-VIA
  5/25/11        .                    017      COD/CASH     VISTA FOODS

QTY  UM     DESCRIPTION                    WEIGHT        PRICE        AMOUNT
            D&JSMC
 42  BX   SMART COOKIES                     42.00       16.8000       705.60
            D&JSMC
 13  BX   SMART COOKIES                     13.00       32.4400       421.72
            D&JSMC
 16  BX   SMART COOKIES                     16.00       31.2000       499.20


     71  <--TOTAL CASES    TOTAL WEIGHT-->   71.00    SUBTOT->      1,626.52

** PLEASE PAY FROM INVOICE - NO STATEMENT ISSUED **      FREIGHT->        .00
YOU HEREBY AGREE TO BE BOUND BY THE LAWS OF THE
STATE OF NEW YORK. ALL DISPUTES ARE SUBJECT TO  ** PAY THIS AMOUNT->  1,626.52
ARBITRATION BEFORE THE A.A.A. IN NEW YORK CITY.   **END
IF YOU WOULD LIKE TO RECEIVE INVOICES BY EMAIL, PLEASE SEND YOUR COMPANY NAME &
EMAIL ADDRESS TO: POSTMASTER@VISTAFOOD.COM OR CALL EDDIE @ 718-542-4401 EXT 22.
ALL ITEMS ARE THE PRODUCT OF THE USA, CANADA & MEXICO UNLESS OTHERWISE STATED.

```
                           I N V O I C E

              VISTA FOOD EXCHANGE, INC. D.B.A. DEAL CITY
                                                        0112020      1710625
                      (718) 542-4401 FAX (718) 542-0042
    DIVISION:17            PLEASE REMIT TO:                       PAGE    1
    WAREHOUSE: 1           B-101 CENTER ARCADE
                         HUNTS POINT CO-OP MARKET         INVOICE NO:
       ACCOUNT#- 1-12020      BRONX, NY 10474                1710625
    **FAX 1-419-617-7198
         S O L D - T O                     S H I P - T O

      B.C. & G. WEITHMAN                CHAMPION FOOD
      CONSTRUCTION CO. INC.              963 HOPLEY AVE
      2171 E. MANSFIELD ST.              CUCYRUS OH 44820    00000
      BUCYRUS              OH 44820
```

| INVOICE-DATE | OUR-ORD# | YOUR-ORD# | SALESPERS# | TERMS | SHIPPED-VIA |
|---|---|---|---|---|---|
| 5/25/11 | . | | 017 | COD/CASH | VISTA FOODS |

| QTY | UM | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | GDSCW | | | |
| 126 | BX | CHEDDAR WHALES | 126.00 | 16.0800 | 2,026.08 |

```
    126  <--TOTAL CASES    TOTAL WEIGHT-->     126.00   SUBTOT->   2,026.08

 ** PLEASE PAY FROM INVOICE - NO STATEMENT ISSUED **      FREIGHT->       .00
 YOU HEREBY AGREE TO BE BOUND BY THE LAWS OF THE
 STATE OF NEW YORK. ALL DISPUTES ARE SUBJECT TO  ** PAY THIS AMOUNT->  2,026.08
 ARBITRATION BEFORE THE A.A.A. IN NEW YORK CITY.   **END
 IF YOU WOULD LIKE TO RECEIVE INVOICES BY EMAIL, PLEASE SEND YOUR COMPANY NAME &
 EMAIL ADDRESS TO: POSTMASTER@VISTAFOOD.COM OR CALL EDDIE @ 718-542-4401 EXT 22.
 ALL ITEMS ARE THE PRODUCT OF THE USA, CANADA & MEXICO UNLESS OTHERWISE STATED.
```

I N V O I C E

VISTA FOOD EXCHANGE, INC. D.B.A. DEAL CITY
```
                                                          0112020        1710626
              (718) 542-4401 FAX (718) 542-0042
DIVISION:17           PLEASE REMIT TO:                    PAGE       1
WAREHOUSE: 1          B-101 CENTER ARCADE
                      HUNTS POINT CO-OP MARKET            INVOICE NO:
    ACCOUNT#- 1-12020    BRONX, NY 10474                  1710626
**FAX 1-419-617-7198
      S O L D - T O                    S H I P - T O

  B.C. & G. WEITHMAN                CHAYMAN FOODS
  CONSTRUCTION CO. INC.             963 HOPLEY AVE
  2171 E. MANSFIELD ST.             BUCYRUS OH 44820    00000
  BUCYRUS              OH 44820
```

| INVOICE-DATE | OUR-ORD# | YOUR-ORD# | SALESPERS# | TERMS | SHIPPED-VIA |
|---|---|---|---|---|---|
| 5/25/11 | . | | 017 | COD/CASH | VISTA FOODS |

| QTY | UM | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | JAFSB | | | |
| 100 | BX | SUN BUTTER | 100.00 | 35.5200 | 3,552.00 |

```
   100  <--TOTAL CASES     TOTAL WEIGHT-->      100.00   SUBTOT->    3,552.00

** PLEASE PAY FROM INVOICE - NO STATEMENT ISSUED **      FREIGHT->         .00
YOU HEREBY AGREE TO BE BOUND BY THE LAWS OF THE
STATE OF NEW YORK. ALL DISPUTES ARE SUBJECT TO  ** PAY THIS AMOUNT->  3,552.00
ARBITRATION BEFORE THE A.A.A. IN NEW YORK CITY.  **END
IF YOU WOULD LIKE TO RECEIVE INVOICES BY EMAIL, PLEASE SEND YOUR COMPANY NAME &
EMAIL ADDRESS TO: POSTMASTER@VISTAFOOD.COM OR CALL EDDIE @ 718-542-4401 EXT 22.
ALL ITEMS ARE THE PRODUCT OF THE USA, CANADA & MEXICO UNLESS OTHERWISE STATED.
```