```
                              I N V O I C E
            VISTA FOOD EXCHANGE, INC. D.B.A. DEAL CITY
                                                      0112020      1710594
                     (718) 542-4401 FAX (718) 542-0042
 DIVISION:17              PLEASE REMIT TO:                       PAGE    1
 WAREHOUSE: 1             B-101 CENTER ARCADE
                        HUNTS POINT CO-OP MARKET                 INVOICE NO:
    ACCOUNT#- 1-12020        BRONX, NY 10474                     1710594
 **FAX 1-419-617-7198
       S O L D - T O                       S H I P - T O

    B.C. & G. WEITHMAN                      .
    CONSTRUCTION CO. INC.
    2171 E. MANSFIELD ST.
    BUCYRUS                 OH 44820

INVOICE-DATE  OUR-ORD#   YOUR-ORD#  SALESPERS#   TERMS       SHIPPED-VIA
  5/25/11      358270                  017     COD/CASH      VISTA FOODS

  QTY  UM    DESCRIPTION                        WEIGHT        PRICE        AMOUNT
             JAFCM
  110  BX    CHEESE CUP MEAL                    110.00       63.3600      6,969.60




      110   <--TOTAL CASES      TOTAL WEIGHT-->    110.00  SUBTOT->      6,969.60

  ** PLEASE PAY FROM INVOICE - NO STATEMENT ISSUED **     FREIGHT->           .00
YOU HEREBY AGREE TO BE BOUND BY THE LAWS OF THE
STATE OF NEW YORK. ALL DISPUTES ARE SUBJECT TO  ** PAY THIS AMOUNT->   6,969.60
ARBITRATION BEFORE THE A.A.A. IN NEW YORK CITY.  **END
IF YOU WOULD LIKE TO RECEIVE INVOICES BY EMAIL, PLEASE SEND YOUR COMPANY NAME &
EMAIL ADDRESS TO: POSTMASTER@VISTAFOOD.COM OR CALL EDDIE @ 718-542-4401 EXT 22.
ALL ITEMS ARE THE PRODUCT OF THE USA, CANADA & MEXICO UNLESS OTHERWISE STATED.
```

```
                    VISTA FOOD EXCHANGE, INC. D.B.A. DEAL CITY
                                                                   0112020       1710610
                         (718) 542-4401  FAX (718) 542-0042
  DIVISION:17                  PLEASE REMIT TO:                           PAGE    1
  WAREHOUSE: 1                 B-101 CENTER ARCADE
                             HUNTS POINT CO-OP MARKET                    INVOICE NO:
     ACCOUNT#- 1-12020           BRONX, NY 10474                          1710610
   **FAX 1-419-617-7198
         S  O  L  D  -  T  O                      S  H  I  P  -  T  O

     B.C. & G. WEITHMAN
     CONSTRUCTION CO. INC.
     2171 E. MANSFIELD ST.
     BUCYRUS                   OH 44820


 INVOICE-DATE  OUR-ORD#   YOUR-ORD#   SALESPERS#    TERMS         SHIPPED-VIA
    5/25/11        .                    017       COD/CASH        VISTA FOODS

     QTY  UM    DESCRIPTION                         WEIGHT         PRICE          AMOUNT
                JAFTS
      10  BX    TURKEY STICKS                        10.00       170.0000        1,700.00
                JAFCST
       6  BX    CHICKEN STICKS MEAL                   6.00       210.0000        1,260.00
                JAFCST
      13  BX    CHICKEN STICKS MEAL                  13.00       195.0000        2,535.00
                JAFTS
       6  BX    TURKEY STICKS                         6.00       200.0000        1,200.00
                JAFCST
       6  BX    CHICKEN STICKS MEAL                   6.00       200.0000        1,200.00




       41  <--TOTAL CASES       TOTAL WEIGHT-->        41.00   SUBTOT->         7,895.00

   ** PLEASE PAY FROM INVOICE - NO STATEMENT ISSUED **      FREIGHT->               .00
 YOU HEREBY AGREE TO BE BOUND BY THE LAWS OF THE
 STATE OF NEW YORK. ALL DISPUTES ARE SUBJECT TO **  PAY THIS AMOUNT->          7,895.00
 ARBITRATION BEFORE THE A.A.A. IN NEW YORK CITY.  **END
 IF YOU WOULD LIKE TO RECEIVE INVOICES BY EMAIL, PLEASE SEND YOUR COMPANY NAME &
 EMAIL ADDRESS TO: POSTMASTER@VISTAFOOD.COM OR CALL EDDIE @ 718-542-4401 EXT 22.
 ALL ITEMS ARE THE PRODUCT OF THE USA, CANADA & MEXICO UNLESS OTHERWISE STATED.
```

```
                            I N V O I C E
              VISTA FOOD EXCHANGE, INC. D.B.A. DEAL CITY
                                                            0112020      1710611
                       (718) 542-4401 FAX (718) 542-0042
  DIVISION:17                 PLEASE REMIT TO:                       PAGE    1
  WAREHOUSE: 1                 B-101 CENTER ARCADE
                             HUNTS POINT CO-OP MARKET                INVOICE NO:
      ACCOUNT#- 1-12020          BRONX, NY 10474                     1710611
  **FAX 1-419-617-7198
        S  O  L  D  -  T  O                  S  H  I  P  -  T  O

     B.C. & G. WEITHMAN                            .
     CONSTRUCTION CO. INC.
     2171 E. MANSFIELD ST.
     BUCYRUS                  OH 44820
```

| INVOICE-DATE | OUR-ORD# | YOUR-ORD# | SALESPERS# | TERMS    | SHIPPED-VIA |
|--------------|----------|-----------|------------|----------|-------------|
| 5/25/11      | .        |           | 017        | COD/CASH | VISTA FOODS |

| QTY | UM | DESCRIPTION            | WEIGHT | PRICE   | AMOUNT   |
|-----|----|------------------------|--------|---------|----------|
|     |    | SMPSAT                 |        |         |          |
| 96  | BX | STRAWBERRY APPLE TWIST | 96.00  | 24.0000 | 2,304.00 |
|     |    | SMPRGT                 |        |         |          |
| 96  | BX | RASPBERRY GRAPE TWIST  | 96.00  | 24.0000 | 2,304.00 |
|     |    | SMPWC                  |        |         |          |
| 21  | BX | WILD CHERRY            | 21.00  | 24.0000 | 504.00   |

```
     213    <--TOTAL CASES     TOTAL WEIGHT-->        213.00   SUBTOT->     5,112.00

   ** PLEASE PAY FROM INVOICE - NO STATEMENT ISSUED **       FREIGHT->           .00
  YOU HEREBY AGREE TO BE BOUND BY THE LAWS OF THE
  STATE OF NEW YORK. ALL DISPUTES ARE SUBJECT TO ** PAY THIS AMOUNT->     5,112.00
  ARBITRATION BEFORE THE A.A.A. IN NEW YORK CITY.  **END
  IF YOU WOULD LIKE TO RECEIVE INVOICES BY EMAIL, PLEASE SEND YOUR COMPANY NAME &
  EMAIL ADDRESS TO: POSTMASTER@VISTAFOOD.COM OR CALL EDDIE @ 718-542-4401 EXT 22.
  ALL ITEMS ARE THE PRODUCT OF THE USA, CANADA & MEXICO UNLESS OTHERWISE STATED.
```

```
                    VISTA FOOD EXCHANGE, INC. D.B.A. DEAL CITY
                                                                0112020      1710618
                       (718) 542-4401  FAX (718) 542-0042
  DIVISION:17              PLEASE REMIT TO:                      PAGE       1
  WAREHOUSE: 1             B-101 CENTER ARCADE
                         HUNTS POINT CO-OP MARKET                INVOICE NO:
     ACCOUNT#- 1-12020       BRONX, NY 10474                     1710618
  **FAX 1-419-617-7198
         S O L D - T O                       S H I P - T O

      B.C. & G. WEITHMAN                          .
      CONSTRUCTION CO. INC.
      2171 E. MANSFIELD ST.
      BUCYRUS                   OH 44820

  INVOICE-DATE  OUR-ORD#   YOUR-ORD#  SALESPERS#    TERMS       SHIPPED-VIA
     5/25/11        .                    017      COD/CASH      VISTA FOODS

    QTY  UM     DESCRIPTION                       WEIGHT         PRICE         AMOUNT
                SUNKN
     79  BX   SUNFLOWER KERNELS                    79.00        34.5000       2,725.50




     79  <--TOTAL CASES      TOTAL WEIGHT-->       79.00     SUBTOT->         2,725.50

  ** PLEASE PAY FROM INVOICE - NO STATEMENT ISSUED **      FREIGHT->              .00
  YOU HEREBY AGREE TO BE BOUND BY THE LAWS OF THE
  STATE OF NEW YORK. ALL DISPUTES ARE SUBJECT TO   ** PAY THIS AMOUNT->    2,725.50
  ARBITRATION BEFORE THE A.A.A. IN NEW YORK CITY.  **END
  IF YOU WOULD LIKE TO RECEIVE INVOICES BY EMAIL, PLEASE SEND YOUR COMPANY NAME &
  EMAIL ADDRESS TO: POSTMASTER@VISTAFOOD.COM OR CALL EDDIE @ 718-542-4401 EXT 22.
  ALL ITEMS ARE THE PRODUCT OF THE USA, CANADA & MEXICO UNLESS OTHERWISE STATED.
```

```
                            I N V O I C E
              VISTA FOOD EXCHANGE, INC. D.B.A. DEAL CITY
                                                        0112020      1710619
                       (718) 542-4401 FAX (718) 542-0042
 DIVISION:17                  PLEASE REMIT TO:                     PAGE    1
 WAREHOUSE: 1                 B-101 CENTER ARCADE
                            HUNTS POINT CO-OP MARKET             INVOICE NO:
    ACCOUNT#- 1-12020            BRONX, NY 10474                   1710619
 **FAX 1-419-617-7198
       S O L D - T O                        S H I P - T O

    B.C. & G. WEITHMAN                          .
    CONSTRUCTION CO. INC.
    2171 E. MANSFIELD ST.
    BUCYRUS                 OH 44820

INVOICE-DATE OUR-ORD#  YOUR-ORD# SALESPERS#   TERMS       SHIPPED-VIA
   5/25/11                .                017     COD/CASH    VISTA FOODS

   QTY UM     DESCRIPTION                     WEIGHT       PRICE       AMOUNT
              JSBCCR
    51 BX  COCO ROOS YELLOW CHEDDAR            51.00      28.0000     1,428.00




      51  <--TOTAL CASES    TOTAL WEIGHT-->     51.00  SUBTOT->      1,428.00

 ** PLEASE PAY FROM INVOICE - NO STATEMENT ISSUED **     FREIGHT->         .00
YOU HEREBY AGREE TO BE BOUND BY THE LAWS OF THE
STATE OF NEW YORK. ALL DISPUTES ARE SUBJECT TO ** PAY THIS AMOUNT->   1,428.00
ARBITRATION BEFORE THE A.A.A. IN NEW YORK CITY.  **END
IF YOU WOULD LIKE TO RECEIVE INVOICES BY EMAIL, PLEASE SEND YOUR COMPANY NAME &
EMAIL ADDRESS TO: POSTMASTER@VISTAFOOD.COM OR CALL EDDIE @ 718-542-4401 EXT 22.
ALL ITEMS ARE THE PRODUCT OF THE USA, CANADA & MEXICO UNLESS OTHERWISE STATED.
```

INVOICE

VISTA FOOD EXCHANGE, INC. D.B.A. DEAL CITY
```
                                                          0112020      1710621
                   (718) 542-4401  FAX (718) 542-0042
DIVISION:17              PLEASE REMIT TO:                        PAGE    1
WAREHOUSE: 1             B-101 CENTER ARCADE
                       HUNTS POINT CO-OP MARKET                INVOICE NO:
  ACCOUNT#- 1-12020        BRONX, NY 10474                       1710621
**FAX 1-419-617-7198
     S   O   L   D   -   T   O              S  H  I  P  -  T  O

  B.C. & G. WEITHMAN                         .
  CONSTRUCTION CO. INC.
  2171 E. MANSFIELD ST.
  BUCYRUS                    OH 44820
```

| INVOICE-DATE | OUR-ORD# | YOUR-ORD# | SALESPERS# | TERMS | SHIPPED-VIA |
|---|---|---|---|---|---|
| 5/25/11 | . | | 017 | COD/CASH | VISTA FOODS |

| QTY | UM | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | JAFTS | | | |
| 7 | BX | TURKEY STICKS | 7.00 | 170.0000 | 1,190.00 |
| | | JAFCST | | | |
| 2 | BX | CHICKEN STICKS MEAL | 2.00 | 177.5000 | 355.00 |
| | | JAFCST | | | |
| 2 | BX | CHICKEN STICKS MEAL | 2.00 | 170.0000 | 340.00 |

```
    11  <--TOTAL CASES    TOTAL WEIGHT-->        11.00  SUBTOT->    1,885.00

 ** PLEASE PAY FROM INVOICE - NO STATEMENT ISSUED **      FREIGHT->        .00
YOU HEREBY AGREE TO BE BOUND BY THE LAWS OF THE
STATE OF NEW YORK. ALL DISPUTES ARE SUBJECT TO ** PAY THIS AMOUNT->  1,885.00
ARBITRATION BEFORE THE A.A.A. IN NEW YORK CITY.  **END
IF YOU WOULD LIKE TO RECEIVE INVOICES BY EMAIL, PLEASE SEND YOUR COMPANY NAME &
EMAIL ADDRESS TO: POSTMASTER@VISTAFOOD.COM OR CALL EDDIE @ 718-542-4401 EXT 22.
ALL ITEMS ARE THE PRODUCT OF THE USA, CANADA & MEXICO UNLESS OTHERWISE STATED.
```

```
                              I N V O I C E
                  VISTA FOOD EXCHANGE, INC. D.B.A. DEAL CITY
                                                        0112020       1710622
                      (718) 542-4401 FAX (718) 542-0042
DIVISION:17              PLEASE REMIT TO:                         PAGE     1
WAREHOUSE: 1             B-101 CENTER ARCADE
                       HUNTS POINT CO-OP MARKET                INVOICE NO:
   ACCOUNT#- 1-12020       BRONX, NY 10474                       1710622
**FAX 1-419-617-7198
       S  O  L  D  -  T  O              S  H  I  P  -  T  O

    B.C. & G. WEITHMAN                SUTTER
    CONSTRUCTION CO. INC.              1015 WEST BETHANY
    2171 E. MANSFIELD ST.              SYCAMORE, ILLINO    00000
    BUCYRUS             OH 44820

INVOICE-DATE OUR-ORD#   YOUR-ORD# SALESPERS#   TERMS       SHIPPED-VIA
   5/25/11        .                 017      COD/CASH     VISTA FOODS

   QTY  UM    DESCRIPTION                    WEIGHT       PRICE         AMOUNT
              CRBCH
    22  BX   CRANBERRY CHICKEN SALAD          22.00      27.9800        615.56









       22  <--TOTAL CASES    TOTAL WEIGHT-->    22.00   SUBTOT->       615.56

  ** PLEASE PAY FROM INVOICE - NO STATEMENT ISSUED **      FREIGHT->       .00
YOU HEREBY AGREE TO BE BOUND BY THE LAWS OF THE
STATE OF NEW YORK. ALL DISPUTES ARE SUBJECT TO  ** PAY THIS AMOUNT->    615.56
ARBITRATION BEFORE THE A.A.A. IN NEW YORK CITY.  **END
IF YOU WOULD LIKE TO RECEIVE INVOICES BY EMAIL, PLEASE SEND YOUR COMPANY NAME &
EMAIL ADDRESS TO: POSTMASTER@VISTAFOOD.COM OR CALL EDDIE @ 718-542-4401 EXT 22.
ALL ITEMS ARE THE PRODUCT OF THE USA, CANADA & MEXICO UNLESS OTHERWISE STATED.
```

```
                            I N V O I C E
            VISTA FOOD EXCHANGE, INC. D.B.A. DEAL CITY
                                                   0112020        1710623
                     (718) 542-4401 FAX (718) 542-0042
  DIVISION:17               PLEASE REMIT TO:                  PAGE    1
  WAREHOUSE: 1              B-101 CENTER ARCADE
                          HUNTS POINT CO-OP MARKET           INVOICE NO:
     ACCOUNT#- 1-12020       BRONX, NY 10474                   1710623
  **FAX 1-419-617-7198
         S  O  L  D  -  T  O            S  H  I  P  -  T  O

     B.C. & G. WEITHMAN                    .
     CONSTRUCTION CO. INC.
     2171 E. MANSFIELD ST.
     BUCYRUS                 OH 44820


  INVOICE-DATE  OUR-ORD#   YOUR-ORD#  SALESPERS#   TERMS       SHIPPED-VIA
      5/25/11      .                     017      COD/CASH     VISTA FOODS

    QTY  UM    DESCRIPTION                  WEIGHT       PRICE       AMOUNT
                   DELRA
     20  BX    PACKAGE RAISINS               20.00      35.0000      700.00
                   DELRA
     70  BX    PACKAGE RAISINS               70.00      25.3400    1,773.80
                   CSPMISC
      1  BX    MISC PALLET CHARGE             1.00       7.5000        7.50




         91  <--TOTAL CASES     TOTAL WEIGHT-->    91.00   SUBTOT->   2,481.30

   ** PLEASE PAY FROM INVOICE - NO STATEMENT ISSUED **    FREIGHT->       .00
  YOU HEREBY AGREE TO BE BOUND BY THE LAWS OF THE
  STATE OF NEW YORK. ALL DISPUTES ARE SUBJECT TO ** PAY THIS AMOUNT->  2,481.30
  ARBITRATION BEFORE THE A.A.A. IN NEW YORK CITY.   **END
  IF YOU WOULD LIKE TO RECEIVE INVOICES BY EMAIL, PLEASE SEND YOUR COMPANY NAME &
  EMAIL ADDRESS TO: POSTMASTER@VISTAFOOD.COM OR CALL EDDIE @ 718-542-4401 EXT 22.
  ALL ITEMS ARE THE PRODUCT OF THE USA, CANADA & MEXICO UNLESS OTHERWISE STATED.
```

```
                              I N V O I C E
              VISTA FOOD EXCHANGE, INC. D.B.A. DEAL CITY
                                                      0112020       1710624
                      (718) 542-4401 FAX (718) 542-0042
 DIVISION:17                  PLEASE REMIT TO:                   PAGE    1
 WAREHOUSE: 1                 B-101 CENTER ARCADE
                             HUNTS POINT CO-OP MARKET           INVOICE NO:
    ACCOUNT#- 1-12020            BRONX, NY 10474                 1710624
 **FAX 1-419-617-7198
        S O L D - T O                      S H I P - T O

    B.C. & G. WEITHMAN                           .
    CONSTRUCTION CO. INC.
    2171 E. MANSFIELD ST.
    BUCYRUS                OH 44820


 INVOICE-DATE  OUR-ORD#  YOUR-ORD#  SALESPERS#   TERMS      SHIPPED-VIA
    5/25/11        .                   017     COD/CASH    VISTA FOODS

   QTY  UM     DESCRIPTION                    WEIGHT      PRICE       AMOUNT
                 D&JSMC
   42   BX    SMART COOKIES                    42.00    16.8000       705.60
                 D&JSMC
   13   BX    SMART COOKIES                    13.00    32.4400       421.72
                 D&JSMC
   16   BX    SMART COOKIES                    16.00    31.2000       499.20




   71   <--TOTAL CASES       TOTAL WEIGHT-->   71.00    SUBTOT->    1,626.52

 ** PLEASE PAY FROM INVOICE - NO STATEMENT ISSUED **      FREIGHT->      .00
YOU HEREBY AGREE TO BE BOUND BY THE LAWS OF THE
STATE OF NEW YORK. ALL DISPUTES ARE SUBJECT TO  ** PAY THIS AMOUNT->  1,626.52
ARBITRATION BEFORE THE A.A.A. IN NEW YORK CITY.   **END
IF YOU WOULD LIKE TO RECEIVE INVOICES BY EMAIL, PLEASE SEND YOUR COMPANY NAME &
EMAIL ADDRESS TO: POSTMASTER@VISTAFOOD.COM OR CALL EDDIE @ 718-542-4401 EXT 22.
ALL ITEMS ARE THE PRODUCT OF THE USA, CANADA & MEXICO UNLESS OTHERWISE STATED.
```

```
                              I N V O I C E
              VISTA FOOD EXCHANGE, INC. D.B.A. DEAL CITY
                                                      0112020      1710625
                       (718) 542-4401 FAX (718) 542-0042
 DIVISION:17                PLEASE REMIT TO:                      PAGE     1
 WAREHOUSE: 1               B-101 CENTER ARCADE
                         HUNTS POINT CO-OP MARKET              INVOICE NO:
    ACCOUNT#- 1-12020         BRONX, NY 10474                     1710625
 **FAX 1-419-617-7198
       S O L D  -  T O                  S H I P  -  T O

   B.C. & G. WEITHMAN                 CHAMPION FOOD
   CONSTRUCTION CO. INC.              963 HOPLEY AVE
   2171 E. MANSFIELD ST.              CUCYRUS OH 44820    00000
   BUCYRUS               OH 44820

 INVOICE-DATE OUR-ORD#  YOUR-ORD# SALESPERS#   TERMS       SHIPPED-VIA
    5/25/11         .               017      COD/CASH     VISTA FOODS

   QTY  UM   DESCRIPTION                     WEIGHT       PRICE       AMOUNT
             GDSCW
   126  BX   CHEDDAR WHALES                   126.00     16.0800     2,026.08




        126  <--TOTAL CASES    TOTAL WEIGHT-->   126.00  SUBTOT->    2,026.08

  ** PLEASE PAY FROM INVOICE - NO STATEMENT ISSUED **      FREIGHT->      .00
 YOU HEREBY AGREE TO BE BOUND BY THE LAWS OF THE
 STATE OF NEW YORK. ALL DISPUTES ARE SUBJECT TO ** PAY THIS AMOUNT->  2,026.08
 ARBITRATION BEFORE THE A.A.A. IN NEW YORK CITY.   **END
 IF YOU WOULD LIKE TO RECEIVE INVOICES BY EMAIL, PLEASE SEND YOUR COMPANY NAME &
 EMAIL ADDRESS TO: POSTMASTER@VISTAFOOD.COM OR CALL EDDIE @ 718-542-4401 EXT 22.
 ALL ITEMS ARE THE PRODUCT OF THE USA, CANADA & MEXICO UNLESS OTHERWISE STATED.
```

INVOICE

VISTA FOOD EXCHANGE, INC. D.B.A. DEAL CITY

(718) 542-4401 FAX (718) 542-0042

PLEASE REMIT TO:
B-101 CENTER ARCADE
HUNTS POINT CO-OP MARKET
BRONX, NY 10474

0112020      1710626

DIVISION:17
WAREHOUSE: 1
ACCOUNT#- 1-12020
**FAX 1-419-617-7198

PAGE   1
INVOICE NO:
1710626

S O L D - T O

B.C. & G. WEITHMAN
CONSTRUCTION CO. INC.
2171 E. MANSFIELD ST.
BUCYRUS                OH 44820

S H I P - T O

CHAYMAN FOODS
963 HOPLEY AVE
BUCYRUS OH 44820    00000

| INVOICE-DATE | OUR-ORD# | YOUR-ORD# | SALESPERS# | TERMS | SHIPPED-VIA |
|---|---|---|---|---|---|
| 5/25/11 | | . | 017 | COD/CASH | VISTA FOODS |

| QTY | UM | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | JAFSB | | | |
| 100 | BX | SUN BUTTER | 100.00 | 35.5200 | 3,552.00 |

100  <--TOTAL CASES     TOTAL WEIGHT-->      100.00  SUBTOT->    3,552.00

** PLEASE PAY FROM INVOICE - NO STATEMENT ISSUED **     FREIGHT->        .00
YOU HEREBY AGREE TO BE BOUND BY THE LAWS OF THE
STATE OF NEW YORK. ALL DISPUTES ARE SUBJECT TO ** PAY THIS AMOUNT->   3,552.00
ARBITRATION BEFORE THE A.A.A. IN NEW YORK CITY.  **END
IF YOU WOULD LIKE TO RECEIVE INVOICES BY EMAIL, PLEASE SEND YOUR COMPANY NAME &
EMAIL ADDRESS TO: POSTMASTER@VISTAFOOD.COM OR CALL EDDIE @ 718-542-4401 EXT 22.
ALL ITEMS ARE THE PRODUCT OF THE USA, CANADA & MEXICO UNLESS OTHERWISE STATED.