

## CHAMPION
### FOODSERVICE

# Invoice

| BILL TO: | VISTA FOOD EXCHANGE | CUSTOMER NUMBER | 175 |
|---|---|---|---|
| ADDRESS: | B-101 CEDAR ARCADE | P.O. NUMBER | 17-10617 |
|  | HUNTS POINTS CO-OP MARKET | INVOICE NUMBER: | 100150 |
| CITY, STATE ZIP CODE: | BRONX, NY 10470 | TERMS: | NET 21 OR APPLY CREDIT |
| SHIPPING ADDRESS | N/A - CUSTOMER PICK UP | DATE: | MAY 25, 2011 |

| PRODUCT | DESCRIPTION | UNITS PER CASE | CASES ORDERED | CASE PRICE | COST |
|---|---|---|---|---|---|
| BC1013 | BREAKFAST KITS - FROSTED FLAKES | 24 | 64 | $15.00 | $960.00 |
| BC1003 | BREAKFAST KITS - CINNAMON TOASTERS | 24 | 64 | $15.00 | $960.00 |
|  |  |  |  | TOTAL | $1,920.00 |

Thank you for your business

CHAMPION FOOD SERVICE
★ 963 HOPLEY AVENUE, BUCYRUS, OH 44820 ★PH. 419.617.7122★FAX. 419.617.7198★



# CHAMPION
FOODSERVICE

# Invoice

| BILL TO: | VISTA FOOD EXCHANGE | CUSTOMER NUMBER | 175 |
|---|---|---|---|
| ADDRESS: | B-101 CEDAR ARCADE | P.O. NUMBER | 17-10590 |
| | HUNTS POINTS CO-OP MARKET | INVOICE NUMBER: | 100145 |
| CITY, STATE ZIP CODE: | BRONX, NY 10470 | TERMS: | NET 21 OR APPLY CREDIT |
| SHIPPING ADDRESS | N/A - CUSTOMER PICK UP | DATE: | MAY 25, 2011 |

| PRODUCT | DESCRIPTION | UNITS PER CASE | CASE ORDERED | CASE PRICE | COST |
|---|---|---|---|---|---|
| LC2001 | SHELF STABLE LUNCH CHAMPS | 24 | 12 | $39.56 | $474.72 |
| LC2002 | SHELF STABLE LUNCH CHAMPS | 24 | 12 | $38.62 | $463.44 |
| LC2003 | SHELF STABLE LUNCH CHAMPS | 24 | 12 | $38.95 | $467.40 |
| LC2008 | SHELF STABLE LUNCH CHAMPS | 24 | 12 | $37.99 | $455.88 |
| LC2006 | SHELF STABLE LUNCH CHAMPS | 24 | 16 | $35.59 | $569.44 |
| | | | | TOTAL | $2,430.88 |

Thank you for your business

1710590
5/27
T-m

CHAMPION FOOD SERVICE
★ 963 HOPLEY AVENUE, BUCYRUS, OH 44820 ★PH. 419.617.7122★FAX. 419.617.7198★



# Invoice

| BILL TO: | VISTA FOOD EXCHANGE | CUSTOMER NUMBER | 175 |
|---|---|---|---|
| ADDRESS: | B-101 CEDAR ARCADE | P.O. NUMBER | 17-10606 |
| | HUNTS POINTS CO-OP MARKET | INVOICE NUMBER: | 100147 |
| CITY, STATE ZIP CODE: | BRONX, NY 10470 | TERMS: | NET 21 OR APPLY CREDIT |
| SHIPPING ADDRESS | N/A - CUSTOMER PICK UP | DATE: | MAY 25, 2011 |

| PRODUCT | DESCRIPTION | UNITS PER CASE | CASES ORDERED | UNIT PRICE | COST |
|---|---|---|---|---|---|
| LC2001 | SHELF STABLE LUNCH CHAMPS | 24 | 16 | $36.86 | $589.76 |
| LC2004 | SHELF STABLE LUNCH CHAMPS | 24 | 8 | $42.24 | $337.92 |
| LC2005 | SHELF STABLE LUNCH CHAMPS | 24 | 8 | $35.37 | $282.96 |
| LC2014 | SHELF STABLE LUNCH CHAMPS | 24 | 32 | $40.77 | $1,304.64 |
| | | | | TOTAL | $2,515.28 |

Thank you for your business

*1710606*
*5/27*
*Tw-m*

CHAMPION FOOD SERVICE
★ 963 HOPLEY AVENUE, BUCYRUS, OH 44820 ★PH. 419.617.7122★FAX. 419.617.7198★



# FOODSERVICE

## Invoice

| BILL TO: | VISTA FOOD EXCHANGE | CUSTOMER NUMBER | 175 |
|---|---|---|---|
| ADDRESS: | B-101 CEDAR ARCADE | P.O. NUMBER | 17-10608 |
| | HUNTS POINTS CO-OP MARKET | INVOICE NUMBER: | 100148 |
| CITY, STATE ZIP CODE: | BRONX, NY 10470 | TERMS: | NET 21 OR APPLY CREDIT |
| SHIPPING ADDRESS | N/A - CUSTOMER PICK UP | DATE: | MAY 25, 2011 |

| PRODUCT | DESCRIPTION | UNITS PER CASE | CASES ORDERED | CASE PRICE | COST |
|---|---|---|---|---|---|
| LC2001 | SHELF STABLE LUNCH CHAMPS | 24 | 128 | $36.96 | $4,730.88 |
| LC2007 | SHELF STABLE LUNCH CHAMPS | 24 | 128 | $36.96 | $4,730.88 |
| LC2008 | SHELF STABLE LUNCH CHAMPS | 24 | 128 | $36.74 | $4,702.72 |
| LC2011 | SHELF STABLE LUNCH CHAMPS | 24 | 128 | $36.46 | $4,666.88 |
| LC2012 | SHELF STABLE LUNCH CHAMPS | 24 | 128 | $35.50 | $4,544.00 |
| | | | | TOTAL | $23,375.36 |

Thank you for your business



1710608
5/27
TWM

CHAMPION FOOD SERVICE
★ 963 HOPLEY AVENUE, BUCYRUS, OH 44820 ★PH. 419.617.7122★FAX. 419.617.7198★



# FOODSERVICE

# Invoice

| BILL TO: | VISTA FOOD EXCHANGE | CUSTOMER NUMBER | 175 |
|---|---|---|---|
| ADDRESS: | B-101 CEDAR ARCADE | P.O. NUMBER | 17-10620 |
| | HUNTS POINTS CO-OP MARKET | INVOICE NUMBER: | 100151 |
| CITY, STATE ZIP CODE: | BRONX, NY 10470 | TERMS: | NET 21 OR APPLY CREDIT |
| SHIPPING ADDRESS | N/A - CUSTOMER PICK UP | DATE: | MAY 25, 2011 |

| PRODUCT | DESCRIPTION | UNITS PER CASE | CASES ORDERED | CASE PRICE | TOTAL |
|---|---|---|---|---|---|
| LC2001 | SHELF STABLE LUNCH CHAMPS | 24 | 4 | $36.89 | $147.56 |
| LC2003 | SHELF STABLE LUNCH CHAMPS | 24 | 3 | $42.70 | $128.10 |
| LC2004 | SHELF STABLE LUNCH CHAMPS | 24 | 29 | $42.24 | $1,224.96 |
| LC2006 | SHELF STABLE LUNCH CHAMPS | 24 | 128 | $41.98 | $5,373.44 |
| LC2007 | SHELF STABLE LUNCH CHAMPS | 24 | 28 | $41.98 | $1,175.44 |
| | | | | TOTAL | $8,049.50 |

Thank you for your business

1710620
5/27
TWM

CHAMPION FOOD SERVICE
★ 963 HOPLEY AVENUE, BUCYRUS, OH 44820 ★PH. 419.617.7122★FAX. 419.617.7198★



# FOODSERVICE

# Invoice

| BILL TO: | VISTA FOOD EXCHANGE | CUSTOMER NUMBER | 175 |
| --- | --- | --- | --- |
| ADDRESS: | B-101 CEDAR ARCADE | P.O. NUMBER | 17-10627 |
| | HUNTS POINTS CO-OP MARKET | INVOICE NUMBER: | 100152 |
| CITY, STATE ZIP CODE: | BRONX, NY 10470 | TERMS: | NET 21 OR APPLY CREDIT |
| SHIPPING ADDRESS | N/A - CUSTOMER PICK UP | DATE: | MAY 25, 2011 |

| PRODUCT | DESCRIPTION | UNITS PER CASE | CASES ORDERED | CASE PRICE | COST |
| --- | --- | --- | --- | --- | --- |
| LC2001 | SHELF STABLE LUNCH CHAMPS | 24 | 18 | $36.89 | $664.02 |
| LC2004 | SHELF STABLE LUNCH CHAMPS | 24 | 14 | $42.24 | $591.36 |
| LC2006 | SHELF STABLE LUNCH CHAMPS | 24 | 18 | $41.98 | $755.64 |
| LC2007 | SHELF STABLE LUNCH CHAMPS | 24 | 14 | $41.98 | $587.72 |
| | | | | TOTAL | $2,598.74 |

Thank you for your business

1710627
5/27
TWM

CHAMPION FOOD SERVICE
★ 963 HOPLEY AVENUE, BUCYRUS, OH 44820 ★PH. 419.617.7122★FAX. 419.617.7198★



FOODSERVICE

# Invoice

| | | | | |
|---|---|---|---|---|
| BILL TO: | VISTA FOOD EXCHANGE | CUSTOMER NUMBER | 175 | |
| ADDRESS: | B-101 CEDAR ARCADE | P.O. NUMBER | 17-10628 | |
| | HUNTS POINTS CO-OP MARKET | INVOICE NUMBER: | 100153 | |
| CITY, STATE ZIP CODE: | BRONX, NY 10470 | TERMS: | NET 21 OR APPLY CREDIT | |
| SHIPPING ADDRESS | N/A - CUSTOMER PICK UP | DATE: | JUN 15, 2011 | |

| PRODUCT | DESCRIPTION | UNITS PER CASE | CASES ORDERED | UNIT PRICE | COST |
|---|---|---|---|---|---|
| LC2001-R | SHELF STABLE LUNCH CHAMPS | 24 | 5 | $36.89 | $184.45 |
| LC2003-R | SHELF STABLE LUNCH CHAMPS | 24 | 6 | $42.70 | $256.20 |
| LC2004-R | SHELF STABLE LUNCH CHAMPS | 24 | 13 | $32.64 | $424.32 |
| LC2005-R | SHELF STABLE LUNCH CHAMPS | 24 | 4 | $35.35 | $141.40 |
| LC2006-R | SHELF STABLE LUNCH CHAMPS | 24 | 12 | $32.64 | $391.68 |
| LC2007-R | SHELF STABLE LUNCH CHAMPS | 24 | 12 | $32.64 | $391.68 |
| LC2013-R | SHELF STABLE LUNCH CHAMPS | 24 | 12 | $40.75 | $489.00 |
| | | | | TOTAL | $2,278.73 |

Thank you for your business

1710628
5/27
Tom



# FOODSERVICE

## Invoice

| BILL TO: | VISTA FOOD EXCHANGE | CUSTOMER NUMBER | 175 |
|---|---|---|---|
| ADDRESS: | B-101 CEDAR ARCADE | P.O. NUMBER | 17-10700 |
| | HUNTS POINTS CO-OP MARKET | INVOICE NUMBER: | 100156 |
| CITY, STATE ZIP CODE: | BRONX, NY 10470 | TERMS: | NET 21 OR APPLY CREDIT |
| SHIPPING ADDRESS: | N/A - CUSTOMER PICK UP | DATE: | JUN 15, 2011 |

| PRODUCT | DESCRIPTION | UNITS PER CASE | CASE ORDERED | CASE PRICE | TOTAL |
|---|---|---|---|---|---|
| BC1001 | BREAKFAST KIT | 24 | 16 | $15.36 | $245.76 |
| BC1003 | BREAKFAST KIT | 24 | 16 | $15.36 | $245.76 |
| BC1018 | BREAKFAST KIT | 24 | 16 | $15.36 | $245.76 |
| BC1013 | BREAKFAST KIT | 24 | 16 | $15.36 | $245.76 |
| | | | | TOTAL | $983.04 |

Thank you for your business

17 10700
6/16
Tom

CHAMPION FOOD SERVICE
★ 963 HOPLEY AVENUE, BUCYRUS, OH 44820 ★PH. 419.617.7122★FAX. 419.617.7198★



# FOODSERVICE

## Invoice

| BILL TO: | VISTA FOOD EXCHANGE | CUSTOMER NUMBER | 175 |
|---|---|---|---|
| ADDRESS: | B-101 CEDAR ARCADE | P.O. NUMBER | 17-10631 |
| | HUNTS POINTS CO-OP MARKET | INVOICE NUMBER: | 100155 |
| CITY, STATE ZIP CODE: | BRONX, NY 10470 | TERMS: | NET 21 OR APPLY CREDIT |
| SHIPPING ADDRESS: | N/A - CUSTOMER PICK UP | DATE: | JUN 15, 2011 |

| PRODUCT | DESCRIPTION | UNITS/CASE | CASES ORDERED | CASE PRICE | COST |
|---|---|---|---|---|---|
| LC2005-R | SHELF STABLE LUNCH CHAMPS | 30 | 83 | $44.19 | $3,667.77 |
| LC2006-R | SHELF STABLE LUNCH CHAMPS | 30 | 83 | $52.47 | $4,355.01 |
| LC2013-R | SHELF STABLE LUNCH CHAMPS | 30 | 83 | $51.00 | $4,233.00 |
| | | | | TOTAL | $12,255.78 |

Thank you for your business

1710631
6/17
Tw-m

CHAMPION FOOD SERVICE
★ 963 HOPLEY AVENUE, BUCYRUS, OH 44820 ★PH. 419.617.7122★FAX. 419.617.7198★



# Invoice

| BILL TO: | VISTA FOOD EXCHANGE | CUSTOMER NUMBER | 175 |
|---|---|---|---|
| ADDRESS: | B-101 CEDAR ARCADE | P.O. NUMBER | 17-10629 |
| | HUNTS POINTS CO-OP MARKET | INVOICE NUMBER: | 100154 |
| CITY, STATE ZIP CODE: | BRONX, NY 10470 | TERMS: | NET 21 OR APPLY CREDIT |
| SHIPPING ADDRESS | N/A - CUSTOMER PICK UP | DATE: | JUN 15, 2011 |

| PRODUCT | DESCRIPTION | UNITS PER CASE | CASES ORDERED | CASE PRICE | TOTAL |
|---|---|---|---|---|---|
| LC2002-R | SHELF STABLE LUNCH CHAMPS | 24 | 48 | $37.16 | $1,783.68 |
| LC2003-R | SHELF STABLE LUNCH CHAMPS | 24 | 48 | $42.70 | $2,049.60 |
| LC2004-R | SHELF STABLE LUNCH CHAMPS | 24 | 48 | $42.24 | $2,027.52 |
| LC2005-R | SHELF STABLE LUNCH CHAMPS | 24 | 48 | $35.35 | $1,696.80 |
| LC2006-R | SHELF STABLE LUNCH CHAMPS | 24 | 48 | $41.98 | $2,015.04 |
| LC2007-R | SHELF STABLE LUNCH CHAMPS | 24 | 48 | $41.98 | $2,015.04 |
| LC2013-R | SHELF STABLE LUNCH CHAMPS | 24 | 48 | $40.75 | $1,956.00 |
| LC2014-R | SHELF STABLE LUNCH CHAMPS | 24 | 48 | $40.75 | $1,956.00 |
| | | | | TOTAL | $15,499.68 |

Thank you for your business

17-10629
6/23
TWM

CHAMPION FOOD SERVICE
★ 963 HOPLEY AVENUE, BUCYRUS, OH 44820 ★PH. 419.617.7122★FAX. 419.617.7198★



# FOODSERVICE

## Invoice

| BILL TO: | VISTA FOOD EXCHANGE | CUSTOMER NUMBER | 175 |
|---|---|---|---|
| ADDRESS: | B-101 CEDAR ARCADE | P.O. NUMBER | 17-10711 |
| | HUNTS POINTS CO-OP MARKET | INVOICE NUMBER: | 100157 |
| CITY, STATE ZIP CODE: | BRONX, NY 10470 | TERMS: | NET 21 OR APPLY CREDIT |
| SHIPPING ADDRESS: | N/A - CUSTOMER PICK UP | DATE: | JUN 15, 2011 |

| PRODUCT | DESCRIPTION | UNITS PER CASE | CASES ORDERED | CASE PRICE | COST |
|---|---|---|---|---|---|
| LC2001-R | SHELF STABLE LUNCH CHAMPS | 30 | 64 | $46.11 | $2,951.04 |
| LC2006-R | SHELF STABLE LUNCH CHAMPS | 30 | 64 | $52.47 | $3,358.08 |
| | | | | TOTAL | $6,309.12 |

Thank you for your business

1710711
6/23
TWM

CHAMPION FOOD SERVICE
★ 963 HOPLEY AVENUE, BUCYRUS, OH 44820 ★PH. 419.617.7122★FAX. 419.617.7198★



# FOODSERVICE

## Invoice

| BILL TO: | JOSH NEWMAN | CUSTOMER NUMBER | 175 |
| --- | --- | --- | --- |
| ADDRESS: | B-101 CEDAR ARCADE | P.O. NUMBER | 17-10712 |
| | HUNTS POINTS CO-OP MARKET | INVOICE NUMBER: | 100158 |
| CITY, STATE ZIP CODE: | BRONX, NY 10470 | TERMS: | NET 21 OR APPLY CREDIT |
| SHIPPING ADDRESS: | N/A - CUSTOMER PICK UP | DATE: | JUN 15, 2011 |

| PRODUCT | DESCRIPTION | UNIT PER CASE | CASE ORDERED | CASE PRICE | COST |
| --- | --- | --- | --- | --- | --- |
| RM2001 | QUESO CHEESE CUPS | 24 | 6 | $72.96 | $437.76 |
| RM2036 | NACHO STRIPS | 24 | 7 | $23.40 | $163.80 |
| | | | | TOTAL | $601.56 |

Thank you for your business

17-10712
6/23
TL-M

CHAMPION FOOD SERVICE
★ 963 HOPLEY AVENUE, BUCYRUS, OH 44820 ★ PH. 419.617.7122 ★ FAX. 419.617.7198 ★